UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WATKINS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-07122-CV (AJRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>[DOC. # 77] |

　　　On December 9, 2025, the Plaintiff Rachel Watkins ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax," and with Plaintiff, the "Parties") filed a Stipulation of Dismissal as to Equifax. Doc. # 73 ("Stipulation"). The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

　　　1. Equifax is hereby DISMISSED from this action WITH PREJUDICE.

　　　2. Each of the Parties shall bear its own attorney fees and costs.

　　　**IT IS SO ORDERED**.

Dated: 12/10/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE